■ MAYFAIR NURSING HOME, Respondent, v DONALD G. NEIDHARDT, Individually and as Administrator of the Estate of HERMAN NEIDHARDT, Deceased, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (O'Shaughnessy, J.), entered March 8, 1989. The defendant's notice of appeal from an order entered February 8, 1989, is deemed a premature notice of appeal from the judgment (CPLR 5520 [c]).

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice O'Shaughnessy in his decision and order entered February 8, 1989. Mangano, P. J., Bracken, Kooper and Balletta, JJ., concur.